| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Wood, Lisa G | 2. Court or Organization<br><br>U.S. District Court, GA-S | 3. Date of Report<br><br>05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. District Courthouse, SDGA<br>801 Gloucester Street, Rm 207<br>Brunswick, GA 31520 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 MAY 19 A 11: 45<br>DISCLOSURE FINANCIAL OFFICE<br>RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Lisa G | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Lisa G | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Lisa G | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Oglethorpe Bank Money Market Account | A | Interest | J | T | | | | | |
| 2. Sea Island Credit Union Savings Account | A | Interest | K | T | | | | | |
| 3. Bank of America Investment Services Account: G.E. Stock | A | Dividend | J | T | | | | | |
| 4. (Cont'd) Home Depot Stock | A | Dividend | J | T | | | | | |
| 5. (Cont'd) Johnson & Johnson Stock | A | Dividend | J | T | | | | | |
| 6. Georgia Lawyers Insurance-Stock(Liability Ins.) | A | Dividend | J | T | Sell | 05-31 | J | A | Georgia Lawyers Insurance |
| 7. Oglethorpe Bank Stock (Bank) | A | Dividend | J | T | | | | | |
| 8. Bank of America Invest. Svcs: Gainesville & Hall Co. | D | Interest | M | T | | | | | |
| 9. Bond and Columbia Cash Reserves | | | | | | | | | |
| 10. Bank of America IRA (Cash) | A | Interest | J | T | | | | | |
| 11. Bank of America Checking Accounts | A | Interest | J | T | | | | | |
| 12. Associated Credit Union Savings Account | A | Interest | J | T | | | | | |
| 13. Utah Edu. Sav. Plan: Vanguard Inst. Index Fund (S&P 500) | A | Interest | J | T | | | | | |
| 14. Vandelay, LLC | A | Interest | K | T | Sell | 05-01 | K | D | Chase LeRoux |
| 15. 777 Gloucester, LLC | A | Interest | N | T | Sell | 05-01 | K | E | Jay Roberts |
| 16. TRUST #1 (see breakout below) | | | | | | | | | |
| 17. (Cont'd) ADP Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Lisa G | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. (Cont'd) Bank of America Stock | A | Dividend | J | T | | | | | |
| 19. (Cont'd) Bristol-Myers Stock | A | Dividend | J | T | | | | | |
| 20. (Cont'd) Cinergy Corp. Stock | A | Dividend | J | T | | | | | |
| 21. (Cont'd) General Electric Stock | A | Dividend | J | T | | | | | |
| 22. (Cont'd) Citigroup Stock | A | Dividend | J | T | | | | | |
| 23. (Cont'd) Chevron Texaco Stock | A | Dividend | J | T | | | | | |
| 24. (Cont'd) Conoco-Phillips Stock | A | Dividend | J | T | | | | | |
| 25. (Cont'd) Cisco Sytems Stock | A | Dividend | J | T | | | | | |
| 26. (Cont'd) Conagra Foods Stock | A | Dividend | J | T | | | | | |
| 27. (Cont'd) Dell Stock | A | Dividend | J | T | | | | | |
| 28. (Cont'd) Dupont Stock | A | Dividend | J | T | | | | | |
| 29. (Cont'd) Exxon Mobile Stock | A | Dividend | J | T | | | | | |
| 30. (Cont'd) Fannie Mae Stock | A | Dividend | J | T | | | | | |
| 31. (Cont'd) Genuine Parts Stock | A | Dividend | J | T | | | | | |
| 32. (Cont'd) Home Depot Stock | A | Dividend | J | T | | | | | |
| 33. (Cont'd) Intel Stock | A | Dividend | J | T | | | | | |
| 34. (Cont'd) Johnson & Johnson Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Lisa G | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    (Cont'd) Kellogg Stock | A | Dividend | J | T | | | | | |
| 36.    (Cont'd) Kimco Realty Corp. Stock | A | Dividend | K | T | | | | | |
| 37.    (Cont'd) Oracle Stock | A | Dividend | J | T | | | | | |
| 38.    (Cont'd) Pfizer Stock | A | Dividend | J | T | | | | | |
| 39.    (Cont'd) Sara Lee Stock | A | Dividend | J | T | | | | | |
| 40.    (Cont'd) Southern Company Stock | A | Dividend | J | T | | | | | |
| 41.    (Cont'd) Teco Energy Stock | A | Dividend | J | T | | | | | |
| 42.    (Cont'd) Travelers Stock (TAPA) PPTY CAS CRP | A | Dividend | J | T | | | | | |
| 43.    (Cont'd) United Technology Corp. Stock (UTX) | A | Dividend | J | T | | | | | |
| 44.    (Cont'd) Verizon Communication Stock | A | Dividend | J | T | | | | | |
| 45.    (Cont'd) Wal-Mart Stock | A | Dividend | J | T | | | | | |
| 46.    (Cont'd) Weingarten Realty Stock | B | Dividend | K | T | | | | | |
| 47.    (Cont'd) General Motors Bonds | C | Interest | L | T | | | | | |
| 48.    (Cont'd) Bank of America Bonds | B | Interest | K | T | | | | | |
| 49.    (Cont'd) Merrill Lynch Money Market Account | A | Interest | J | T | | | | | |
| 50.    (Cont'd) Oglethorpe Bank Stock (Bank) | A | Dividend | J | T | | | | | |
| 51.    (Cont'd) Atlantic Bank Checking Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Trust #1 is no longer reportable, because I resigned as trustee during 2007.

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Lisa G | 05/15/2008 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544